1  Tanya E. Moore. SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mails: tanya@@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Gerardo Hernandez

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

10 | GERARDO HERNANDEZ,                              ) Case No. 4:20-cv-08338-DMR
   |                                                 )
11 |           Plaintiff,                            ) **NOTICE OF VOLUNTARY DISMISSAL**
   |                                                 ) **OF ENTIRE ACTION**
12 |     vs.                                         )
   |                                                 )
13 | ALL STAR SERVICE, INC. dba ALL STAR             )
   | GAS; PERRIN P. ENGINEER;                        )
14 |                                                 )
   |           Defendants.                           )
15 |                                                 )
   |                                                 )
16 |                                                 )
   |                                                 )
17 |                                                 )
   |_____)
18

19        WHEREAS, Defendants have not filed an answer or motion for summary judgment;

20        WHEREAS, Plaintiff and Defendants have settled the matter;

21        WHEREAS, no counterclaim has been filed;

22        Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal

23 Rule of Civil Procedure 41(a)(1)(A)(i).

24 Date: March 9, 2021                             MOORE LAW FIRM, P.C.
25
26                                                 */s/ Tanya E. Moore*
                                                   Tanya E. Moore
27                                                 Attorney for Plaintiff,
                                                   Gerardo Hernandez
28

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

Page 1